**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jamie Sylvester HAWKINS, a/k/a
Jaime Sylvester Hawkins,
Defendant–Appellant.**

No. 10–7629.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2011.

Decided: June 2, 2011.

Jamie Sylvester Hawkins, Appellant Pro Se.

Before NIEMEYER, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie Sylvester Hawkins appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error because, as a career offender, Hawkins' offense level was determined based on his status as a career offender, *U.S. Sentencing Guidelines Manual* § 4B1.1, rather than on relevant conduct under USSG § 2D1.1(c). Amendment 706 of the Guidelines did not impact § 4B1.1. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*